UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARISOL SOTO,

        Plaintiff,

v.

TENANTALERT.COM,

        Defendant.

C.A. No. 14-cv-7399

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   TenantAlert.com
       23801 Calabasas Road, Suite 1022
       Calabasas, CA 91302

PLEASE TAKE NOTICE that upon the affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States Court for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Francis & Mailman, P.C. and a member in good standing of the Bars of the State of New Jersey and Commonwealth of Pennsylvania, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff Marisol Soto. There are no pending disciplinary proceedings against me in any State of Federal court.

                             FRANCIS & MAILMAN, P.C.

                             /s/ Gregory Gorski
                             GREGORY GORSKI
                             Land Title Building, 19th Floor
                             100 South Broad Street
                             Philadelphia, PA  19110
                             (215) 735-8600

Dated: January 16, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARISOL SOTO,

        Plaintiff,

    v.

TENANTALERT.COM,

        Defendant.

C.A. No. 14-cv-7399

AFFIDAVIT OF GREGORY GORSKI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

GREGORY GORSKI, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Francis & Mailman, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the State New Jersey and Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff Marisol Soto.

FRANCIS & MAILMAN, P.C.

_____
GREGORY GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

NOTARIAL SEAL
KRISTA M DELLAPOLLA
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Apr 5, 2015

Dated: January 16, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARISOL SOTO,

    Plaintiff,     C.A. No. 14-cv-7399

 v.

              ADMISSION TO PRACTICE
TENANTALERT.COM,      PRO HAC VICE

    Defendant.

   The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Gregory Gorski is permitted to argue or try this particular case in whole as counsel or advocate for Plaintiff Marisol Soto.

   This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the role of attorneys.

              _____
              United States District Judge

Dated:



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gregory Joseph Gorski, Esq.*

**DATE OF ADMISSION**

*November 3, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 26, 2014

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **GREGORY J GORSKI** (No. **021762003**) was constituted and appointed an Attorney at Law of New Jersey on **November 25, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **December**, 20**14**

Clerk of the Supreme Court