INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: Soto v. Application Research, Inc,     DOCKET NO.: 1:14-cv-07399-NG-RML

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __July 23, 2015__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) _____ and defendant(s) _____

3. Maximum number of requests for admission by: plaintiff(s) ____ and defendant(s) ____
   Please see attached.

4. Number of depositions by plaintiff(s) of: parties ____ non-parties ____
   The parties agree to follow the applicable Federal Rules of Civil Procedure.

5. Number of depositions by defendant(s) of: parties ____ non-parties ____
   The parties agree to follow the applicable Federal Rules of Civil Procedure.

6. Time limits for depositions: _____
   The parties agree to follow the applicable Federal Rules of Civil Procedure.

7. Date for completion of factual discovery: __November 23, 2015__

8. Number of expert witnesses of plaintiff(s): ____ medical __1-2__ non-medical

   Date for expert report(s): __December 22, 2015__

9. Number of expert witnesses of defendant(s): ____ medical __1__ non-medical

   Date for expert report(s): __January 12, 2016__

10. Date for completion of expert discovery: __February 2, 2016__

11. Time for amendment of the pleadings by plaintiff(s) __August 21, 2015__
    or by defendant(s) __August 21, 2015__

12. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) __0__ and time for completion of joinder: __N/A__

13. Types of contemplated dispositive motions: plaintiff(s): _____
                                                defendant(s): __Motion for Summary Judgment__

14. Dates for filing contemplated dispositive motions:   plaintiff(s): _____
                                                          defendant(s): __March 2, 2016__

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.
    Please see attached.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___   No _X_

17. This case should be ordered to arbitration at the close of discovery __No__ (yes/no)

18. This case should be ordered to mediation (now or at a later date) __No__ (yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

---

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.

3. Maximum number of requests for admission:

    Plaintiff: Agrees to follow the Federal Rules of Civil Procedure pertaining to written discovery.

    Defendant: Application Research proposes to limited maximum number of Request for Admissions to 40 served by each party and the maximum number of Request for Production of Documents to 30.

15. Agreements regarding electronic discovery:

    Yes, the parties have agreed to produce any electronically stored information in hard copy as an initial matter. Once the parties have had the opportunity to review such documents, the parties agree, if necessary, to confer between themselves regarding any additional exchange or production that any party believes necessary, before bringing the matter before the Court. Documents at issue in this case may contain personal information about Plaintiff or confidential trade secrets of the Defendants. In the event that such documents are requested in discovery, the parties will file a motion for an appropriate protective order.