

**SCHUCKIT & ASSOCIATES** PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

July 21, 2015

<u>**VIA ECF ONLY**</u>

Magistrate Judge Robert M. Levy
U.S. District Courthouse
Courtroom 11B S
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re:*   *Soto v. Application Research, Inc. d/b/a TenantAlert.com*
             U.S. District Court, Eastern District of New York (Brooklyn)
             Case No.: 1:14-cv-07399-NG-RML

Dear Magistrate Judge Levy:

Application Research, Inc., requests that its lead counsel, Justin T. Walton, be permitted to appear at the upcoming Rule 16 conference, scheduled for July 22, 2015, before his *Pro Hac Vice* application is granted.

Good cause exists to grant this request as the undersigned counsel, who originally planned to participate at the Rule 16 Conference, is no longer available as she will be traveling for a deposition in <u>Frydman v. Trans Union, LLC., et al</u>, Case No. 1:14-cv-9013 in the Southern District of New York.

Further, Application Research's lead counsel has requested the required certificate of good standing from the Indiana Supreme Court; however, based on telephone conversions with the Indiana Supreme Court such certificate is not expected to be printed until July 25, 2015. Once the certificate is available, lead counsel will finalize and submit his *Pro Hac Vice* application.

Lead counsel is admitted to practice, and is in good standing, in the State of Indiana and is also admitted to practice before United States District Courts in the Northern and Southern Districts of Indiana, Eastern and Western Districts of Michigan and the Western District of Wisconsin.

Plaintiff's counsel has no objection to this request.

                                                SCHUCKIT & ASSOCIATES, P.C.

                                                /s/ *Camille R. Nicodemus*
                                                Camille R. Nicodemus, Esq. (NY# 2807451)

                                                Counsel for Defendant, Application
                                                Research, Inc.