UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARISOL SOTO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 14-cv-7399-NG-RML |
| v. | : | |
| | : | STIPULATION AND ORDER OF |
| APPLICATION RESEARCH, INC. | : | DISMISSAL AS TO DEFENDANT |
| d/b/a TENANTALERT.COM, | : | APPLICATION RESEARCH, INC. |
| | : | d/b/a TENANTALERT.COM |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED, on this 22nd day of March 2016 by and between Plaintiff Marisol Soto and Defendant Application Research, Inc., who have agreed to settle the above matter, that, pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or their own attorney's fees, costs and expenses incurred.


*/s/ Gregory Gorski*　　　　　　　　　　　*/s/ Justin T. Walton*
GREGORY GORSKI　　　　　　　　　　　JUSTIN T. WALTON
**FRANCIS & MAILMAN, P.C.**　　　　　　**Schuckit & Associates, P.C.**
Land Title Building, 19th Floor　　　　　　4545 Northwestern Drive
100 South Broad Street　　　　　　　　　Zionsville, IN  46077
Philadelphia, PA 19110　　　　　　　　　Telephone:  (317) 363-2400
215-735-8600　　　　　　　　　　　　　Fax:  (317) 363-2257
215-940-8000 (fax)　　　　　　　　　　　E-Mail:  jwalton@schuckitlaw.com
ggorski@consumerlawfirm.com

*Counsel for Plaintiff*　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*Application Research, Inc.*


　　　　　　　　　　　　　　　　　　　SO ORDERED:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT M. LEVY,　　　　U.S.M.J.

DATE: _____